# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| VERNIE E. TALKINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>    Defendant. | No. C04-3053-PAZ<br><br>**ORDER** |

---

Before the court is the plaintiff's application for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The plaintiff seeks attorney fees in the amount of $2,281.25. (See Doc. No. 12) The defendant does not oppose the plaintiff's application for fees, or the amount of the fee requested. (Doc. No. 13) The court has reviewed the plaintiff's fee application and finds it to be reasonable in light of the services rendered.

Accordingly, the plaintiff's application for EAJA fees is **granted**, and the plaintiff is awarded attorney fees pursuant to 28 U.S.C. § 2412 in the amount of **$2,281.25.**

**IT IS SO ORDERED.**

**DATED** this 2nd day of November, 2005.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT